151 A.3d 80

CRANFORD DEVELOPMENT ASSOCIATES, LLC, SAMUEL HEKE-
MIAN, PETER HEKEMIAN, JEFFREY HEKEMIAN, AND ANN
KRIKORIAN AS TRUSTEE FOR RICHARD HEKEMIAN AND
MARK HEKEMIAN, PLAINTIFFS-CROSS-PETITIONERS, v.
TOWNSHIP OF CRANFORD, MAYOR AND COUNCIL OF THE
TOWNSHIP OF CRANFORD, AND THE PLANNING BOARD OF
THE TOWNSHIP OF CRANFORD, DEFENDANTS-CROSS-RE-
SPONDENTS.

September 12, 2016

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A-005822-12
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the cross-petition for certification is
denied, with cost.